

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00650-CV

**EX PARTE** Michael **KING**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19509
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order of expunction is REVERSED, and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that costs of appeal are taxed against Appellant Texas Department of Public Safety.

SIGNED January 4, 2017.

_Karen Angelini_
Karen Angelini, Justice